**STATE OF MONTANA,**
                    **Plaintiff,**                                        **NO. DC 95-201**
          **VS.**                                                              **DECISION**
**Christopher S. Westom,**
                    **Defendant.**

On December 5, 1995, it was ordered, adjudged and decreed that the said Christopher Westom be committed to the Department of Corrections for custody, care and treatment for the term of five (5) years for the offense of Forgery (Felony) (Common Scheme). Defendant shall receive credit for time spent in the Yellowstone County Detention Facility at Billings, MT for 3 days. It is the recommendation of this Court that should defendant be placed at the Montana State Prison that the defendant not be considered for community based supervision or programs until defendant has successfully completed all treatment programs recommended by the Montana State Prison classification/treatment staff. It is further ordered that additional special conditions shall apply as stated in the December 5, 1995 judgment. The defendant is further notified that the law imposes upon him the duty to pay a supervisory fee of One Hundred Twenty Dollars ($120.00) a year prorated at Ten Dollars ($10.00) a month for the number of months that he is hereunder supervision. This fee is payable to the Clerk of Court. It is further ordered that the defendant shall pay to the Clerk of District Court the sum of Twenty Dollars ($20.00) for this conviction pursuant to 46-18-236, MCA, plus the sum of Five Dollars ($5.00) for Court Automation Surcharge. The Clerk of District Court is hereby ordered to deliver the said sum of Twenty-Five Dollars ($25.00) to the Treasurer of this County.

On March 8, 1996, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of March, 1996.

DATED this 19th day of March, 1996.

**Chairman, Hon. Ted O. Lympus**
**Member, Hon. Jeffrey M. Sherlock**
**Member, Hon. William Nels Swandal**

The Sentence Review Board wishes to thank Christopher S. Westom for representing himself in this matter.